RAFAEL PORRATA DORIA, demandante y apelante, *v.* CARIBBEAN CASUALTY Co., demandada y apelada.

No. 4960.—*Sometido:* Marzo 19, 1930. *Resuelto:* Noviembre 18, 1931.

*Dubón & Ochoteco,* abogado del apelánte; *J. Sifre Jr.* y *Diego O. Marrero,* abogados de la apelada.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

Rafael Porrata Doria instó pleito contra la Caribbean Casualty Co. para recobrar $1,000. La demandada admitió una deuda de $100, y después de otras admisiones y negaciones interpuso reconvención por $481.17. La contestación solicitaba se dictara sentencia a favor de la demandada por $381.17. La corte de distrito, después de celebrar juicio sobre los méritos del caso, declaró que los hechos eran tales como los alegó la demandada, y dictó sentencia de acuerdo con la solicitud de aquélla de remedio afirmativo.

Las cortes municipales tienen jurisdicción exclusiva ''en todos los asuntos civiles . . . . . hasta la suma de 500 dollars, intereses inclusive.'' Compilación, sección 1173; *Lowande* v. *García,* 12 D.P.R. 302; *Hernández Mena* v. *Blanco, et al.,* 22 D.P.R. 773; *González* v. *Rosado,* 23 D.P.R. 1; y *Pujals Carlo* v. *Corte de Distrito,* 40 D.P.R. 92.

En el caso presente la reconvención se alegó como base para remedio afirmativo—salvo en lo que respecta a los $100 que se admitió deber al demandante—y no en rebaja de los $900 que constituían el remanente de la reclamación del demandante. No era ''una causa de acción derivada de la transacción aducida en la demanda como fundamento de la reclamación del demandante, o relacionada con el objeto de la acción.'' Emanó de contratos enteramente independientes. La corte de distrito carecía de jurisdicción para conceder a la demandada remedio afirmativo alguno. 1 Bancroft Code Practice, 937, Sección 631; 23 Cal. Jur. 224; 24 R. C. L. 796, Sección 6.

*Debe revocarse la sentencia apelada.*